DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOAH MOMPOINT,**
Appellant,

v.

**WACHOVIA MORTGAGE CORPORATION,**
Appellee.

No. 4D2025-0787

[July 22, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary Michael Farmer, Jr., Judge; L.T. Case Nos. 062018CA009624AXXXCE and 062023CA022824AXXXCE.

Eduardo A. Maura and Luis F. Quesada of Ayala Law, P.A., Miami, for appellant.

Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

Noah Mompoint appeals from the trial court's entry of summary judgment for appellee, contending that the trial court erred in determining his claims were barred by collateral estoppel and the economic loss rule. Although we agree that Mompoint's claims were not barred by the economic loss rule, we affirm on the basis of collateral estoppel. *See Mortg. Electronic Registration Sys., Inc. v. Badra*, 991 So. 2d 1037, 1039 (Fla. 4th DCA 2008) ("Collateral estoppel precludes re-litigating an issue where the same issue has been fully litigated by the same parties or their privies, and a final decision has been rendered by a court.").

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***